■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAN DIJKSTRA, Appellant.—Judgment of the Supreme Court, Kings County (Kuffner, J.), rendered December 28, 1983, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). Lazer, J. P., Thompson, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK FALCO, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered April 7, 1983, convicting him of operating a motor vehicle while under the influence of alcohol, as a felony, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence was sufficient to establish the defendant's guilt beyond a reasonable doubt. The defendant's contention with respect to the jury charge is not preserved for appellate review as he failed to take exception or make a request when the charge was given *(see, People v Whalen,* 59 NY2d 273, 280; *People v Nuccie,* 57 NY2d 818, 819-820). In any event, the charge was not erroneous. Mollen, P. J., Gibbons, Thompson and Brown, JJ., concur.